IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00017–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THERESA MARIE GALLEGOS,

    Defendant.

## ORDER

Upon consideration and review of Defendant's motion to modify her sentence (#54), the court is of the view that the sentence was fair and appropriate.  It is therefore

ORDERED that the motion be DENIED.

Dated this 11th day of September, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge